**Tennis Zeke HATFIELD,**
**Petitioner–Appellant,**

v.

**William M. FOX, Warden,**
**Respondent–Appellee.**

**No. 02–7684.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 7, 2003.

Tennis Zeke Hatfield, Appellant Pro Se. Heather D. Foster, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Tennis Zeke Hatfield seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Hatfield has not made a substantial showing of the denial of a constitutional right. *See Hatfield v. Fox,* No. CA–01–594–2 (S.D.W.Va. Sept. 25, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*